UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

QUEENS COMPREHENSIVE
MEDICAL, et al.,

                Plaintiffs,     ORDER OF DISMISSAL
                                    FOR FAILURE TO PROSECUTE

-vs-

                                      CV-04-5590  (NGG)

UNITED AUTOMOBILE INSURANCE
CO.,

                Defendant.

-----------------------------------------------------------

GARAUFIS, J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 31 2005 ★

BROOKLYN OFFICE

It is hereby **ORDERED** that the captioned case is dismissed without prejudice, for failure to prosecute. No further proceedings have been commenced by any party since DECEMBER 22, 2004 and no explanation for the lack of proceedings has been filed and approved by the Court.

It is further **ORDERED** that the Clerk of the Court mail a copy of this order to all parties and mark the case closed.

                                                    SO ORDERED.

                                                    NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:    Brooklyn, N.Y.
               May 27, 2005