UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
QUEENS COMPREHENSIVE MEDICAL, et al.,     JUDGMENT
                                              04-CV- 5590 (NGG)
                 Plaintiffs,

    -against-

UNITED AUTOMOBILE INSURANCE CO.,

                       Defendant.
-----------------------------------------------------------------X

P.M. _____
TIME A.M. _____

       An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 31, 2005, dismissing the case without prejudice for failure to prosecute; it is

       ORDERED and ADJUDGED that plaintiffs take nothing of the defendant; and that the case is dismissed without prejudice for failure to prosecute.

Dated: Brooklyn, New York
        June 02, 2005

                                                         ROBERT C. HEINEMANN
                                                         Clerk of Court